

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Bailey Cowan Heckaman PLLC,

Vs. No. 11-23-00136-CV

Clark, Love & Hutson, GP,

* From the 266th District Court
  of Erath County,
  Trial Court No. CV34950.

* March 27, 2025

* Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below.   Therefore, in accordance with this court's opinion, we modify the trial court's order of June 12, 2023, by vacating the trial court's award of attorneys' fees to Clark, Love & Hutson, GP.   As modified, we affirm the order of the trial court.   The costs incurred by reason of this appeal are taxed 50% against Bailey Cowan Heckaman PLLC and 50% against Clark, Love, & Hutson, GP.